THE BOARD OF HOME MISSIONS OF THE PRESBYTERIAN CHURCH et al.

*v.*

M. EVA DAVIS et al.

[Argued July 12th, 1906.   Decided February 2d, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Bergen, whose opinion is reported in *70 N. J. Eq. (4 Robb.) 577.*

*Mr. George M. Shipman,* for the appellants.

*Mr. Martin Wyckoff,* for the respondents.

PER CURIAM.

The order appealed from in this case is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Bergen.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED; TRENCHARD, BOGERT, VREDENBURGH, VROOM, GRAY, GREEN—13.

*For reversal*—None.